IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Nathaniel Gold, | ) | C/A No.: 1:14-1191-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| J. Bathea, ECI Case Manager; E. Buttinger, ECI Discp. Hearing Officer (DHO); Ass. Warden A. Sellers; Warden Willie Eagleton; and Ofc. D. Quick; Doris Poole, SCDC Branch Chief – Inst. Classification, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On April 25, 2014, the court ordered Plaintiff to provide all of the service documents necessary to advance his case. Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. The time for response expired on May 19, 2014 and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

_____
J. Michelle Childs
United States District Judge

June 2, 2014
Columbia, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.