AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of South Carolina

Nathaniel Gold,

*Plaintiff*

v.

J. Bathea, ECI Case Manager; E. Buttinger, ECI
Discp. Hearing Officer (DHO); Ass. Warden A.
Sellers; Warden Willie Eagleton; Ofc. D. Quick;
Doris Poole, SCDC Branch Chief - Inst.
Classification,

*Defendants*

)
)
)
)
)
)

Civil Action No.     1:14-cv-01191-JMC-SVH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Nathaniel Gold, shall take nothing of the defendants, J. Bathea, E. Buttinger, Ass. Warden A.
Sellers, Warden Willie Eagleton, Ofc. D. Quick, and Doris Poole, as to the complaint filed pursuant to 42 U.S.C. §1983
and this action is dismissed without prejudice for lack of prosecution and for failure to comply with this court's orders
pursuant to Rule 41(b).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, which dismissed the action
without prejudice.

Date:   June 2, 2014                          *ROBIN L. BLUME, CLERK OF COURT*


                                             s/A. Buckingham
                                          _____
                                             *Signature of Clerk or Deputy Clerk*